ENTER - JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., | NO. CV 07-03972 SJO (SHx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUN COAST EXPRESS, INC., et al., | |
| Defendants. | |

This action came before the Court on Plaintiff AMERICAN PRESIDENT LINES, LTD.'s motion for default judgment. After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiff's motion as to its claims against Defendants SUN COAST EXPRESS, INC. and SANDRA PEREZ.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiff on all claims.
2. That Plaintiff is awarded $11,765.00 in damages.
3. That Plaintiff is awarded $560.28 in prejudgment interest on the above damages.
4. That Plaintiff is awarded $1305.90 in attorney fees.

IT IS SO ADJUDGED.

Dated this 13th day of March, 2008.                                /S/

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE